IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CHRISTOPHER MOSLEY,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV608-115

Captain McCLOUD, Rogers State Prison, and GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against the Georgia Department of Corrections are **DISMISSED**.

**SO ORDERED**, this 16th day of June, 2009.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA